UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSAYED A. ELNENAEY,

                  Plaintiff,

-against-

FIDELITY BROKERAGE SERVICES, LLC, ET AL.,

                  Defendants.

23-CV-6970 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 23, 2023, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:   September 26, 2023
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                    Chief United States District Judge