UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSAYED A. ELNENAEY,<br><br>                           Plaintiff,<br><br>    -against-<br><br>FIDELITY BROKERAGE SERVICES, LLC, ET AL,<br><br>                         Defendants. | 23-CV-6970 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 26, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 26, 2023
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                   Chief United States District Judge