UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSAYED A. ELNENAEY,

                Plaintiff,

-against-

FIDELITY BROKERAGE SERVICES, LLC; NATIONAL FINANCIAL SERVICES, LLC; FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC.; VANGUARD MARKETING CORPORATION; JARED J. DUNTON; JOSEPH P. BACON,

                Defendants.

23-CV-6970 (ER)

ORDER OF SERVICE

---

EDGARDO RAMOS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Fidelity Brokerage Services, LLC; National Financial Services, LLC; Fidelity Investments Institutional Services Company, Inc.; Vanguard Marketing Corporation; Jared J. Dunton; and Joseph P. Bacon. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date summonses issue.

and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   November 20, 2023
         New York, New York

                                              EDGARDO RAMOS
                                      United States District Judge