**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELSAYED A. ELNENAEY,

                Plaintiff,

  -against-                                          23 **CIVIL** 6970 (ER)

                                                          **JUDGMENT**

FIDELITY BROKERAGE SERVICES, LLC,
NATIONAL FINANCIAL SERVICES, LLC,
FIDELITY INVESTMENTS INSTITUTIONAL
SERVICES COMPANY, INC., VANGUARD
MARKETING CORPORATION, JARED J.
DUNTON, and JOSEPH P. BACON,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2024, Elnenaey's amended petition to vacate the award, Doc. 16, is DENIED. The Fidelity Defendants' and Vanguard's cross-motions to confirm the award, Docs. 22, 25, are GRANTED. Judgment is entered in favor of the Fidelity Defendants and Vanguard; accordingly, the case is closed.

**Dated:**  New York, New York

        August 6, 2024

                                                                **DANIEL ORTIZ**
                                                            **Acting Clerk of Court**
                                       **BY:**

                                                                **Deputy Clerk**